# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DAVID LEGENDRE,** Individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>**TWEEN BRANDS, INC.**<br><br>Defendant. | C.A. No. 2:15-cv-15-4088-CCC |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

Dated: November 14, 2017

**FOR THE PLAINTIFF:**

R.C. SHEA & ASSOCIATES

*/s/ Michael J. Deem/*

Michael J. Deem, Esq.
244 Main Street
Toms River, NJ 08753
Tel: (732) 505-1212
mdeem@rcshea.com

**FOR THE DEFENDANT:**

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Drew Cleary Jordan/*

~~Christopher Iannicelli~~ Drew Cleary Jordan
502 Carnegie Center
Princeton, NJ 08540-6241
Tel: (609) 919-6600
~~ciannicelli@morganlewis.com~~
Drew.Jordan@morganlewis.com

SO ORDERED

*s/Claire C. Cecchi*
Claire C. Cecchi, U.S.D.J.

Date:  12/11/17